

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| MOSTAFA DAVOODI, | § | No. 08-16-00010-CV |
| | § | |
| Appellant | | Appeal from the |
| | § | |
| V. | | 419th District Court |
| | § | |
| AUSTIN INDEPENDENT SCHOOL DISTRICT, | | of Travis County, Texas |
| | § | |
| | | (TC# D-1-GN-13-001738) |
| Appellee. | § | |

**MEMORANDUM  OPINION**

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. Finding that Appellant, Mostafa Davoodi, has failed to pay the case filing fee, and further finding that Appellant has failed to file his brief or a motion for extension of time to file the brief, we dismiss the appeal for want of prosecution.

Appellant did not pay the case filing fee of $205 when he filed the notice of appeal or establish that he is indigent in accordance with TEX.R.APP.P. 20.1. The Clerk of the Court sent Appellant a letter requesting payment of the case filing fee. The letter notified Appellant that failure to pay the case filing fee within twenty days could result in dismissal of the appeal for want of prosecution pursuant to TEX.R.APP.P. 42.3(b) and (c). Appellant has not paid the filing fee or otherwise responded to our notice. In a separate letter, the Clerk of the Court notified

Appellant that his brief was past due and no motion for extension of time had been filed. The letter advised Appellant that the Court intended to dismiss the appeal for want of prosecution unless Appellant responded within ten days and showed grounds for continuing the appeal. *See* TEX.R.APP.P. 38.8(a)(1). Appellant has not filed any response to the inquiry. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX.R.APP.P. 38.8(a)(1), 42.3(b), (c).


April 27, 2106

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.